UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DONALD J. KRAUTH                                                                                         PLAINTIFF

v.                                                                              CIVIL ACTION NO. 3:12CV-P462-S

MARTHA KNOX                                                                                              DEFENDANT

### MEMORANDUM OPINION

Unrepresented by counsel, Plaintiff Donald J. Krauth, an inmate at the Louisville Metro Department of Corrections (LMDC), filed a civil complaint against Bullitt County Jailer Martha Knox. Upon filing the instant action, Plaintiff assumed the responsibility to keep this Court advised of his current address and to actively litigate his claims. *See* Local Rule 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

By Order entered January 2, 2013, the Court directed Plaintiff to comply with several deficiencies in the filing of his complaint (DN 4). On January 14, 2013, the U.S. Postal Service returned Plaintiff's copy of the Order to the Court (DN 5). The envelope was marked Return to Sender, Refused, Inmate Not In Custody.

Apparently, Plaintiff is no longer incarcerated at the LMDC, and because he has not provided any forwarding address to the Court, neither notices from this Court nor filings by Defendant can be served on him. In such situations, courts have an inherent power "acting on their own initiative to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).

Because it appears to this Court that Plaintiff has abandoned any interest in prosecuting this case, the Court will dismiss the action by separate Order.

Date: March 18, 2013

Charles R. Simpson III, Senior Judge
United States District Court

cc:   Plaintiff, *pro se*
      Defendant
4411.005